UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS WARREN BUFORD,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | C15-0844-TSZ<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 14, to which no objection was timely filed, does hereby find and ORDER:

1) The Court ADOPTS the Report and Recommendation.

2) The Commissioner's decision is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

3) The Clerk is DIRECTED to provide copies of this Order to all counsel of record and to Judge Theiler.

IT IS SO ORDERED.

Dated this 25th day of January, 2016.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 1